IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                             2:05-cr-141-3

George A. White

ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 71) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count.

Date: July 17, 2006                s\James L. Graham        
                                  James L. Graham
                                  United States District Judge